EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 05 2004

at __ o'clock and __ min __ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SAMU FAALOGOIFO, (01) <br> TAMA JOHN TUITELE, <br>    aka "Tama John Amerika" (02) <br> FANUA FANNY THOMAS, (03) <br><br> Defendants. | CR. NO. CR04 00291 SOM <br><br> INDICTMENT <br><br> [21 U.S.C. §§ 841(a)(1); <br> 841(b)(1)(A), 846] |

INDICTMENT

Count 1

The Grand Jury charges that:

From a time unknown up through and including on or about July 26, 2004, in the District of Hawaii, Defendants SAMU FAALOGOIFO ("FAALOGOIFO"), TAMA JOHN TUITELE, also known as "Tama John Amerika" ("TUITELE"), and FANUA FANNY THOMAS ("THOMAS") and

others known and unknown to the Grand Jury, did knowingly and intentionally conspire to distribute and possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, approximately 100 grams, a Schedule II controlled substance, in violation of Title 21, United States Code Sections 846, 841(a)(1) and 841(b)(1)(A).

OVERT ACTS

In furtherance of this conspiracy and in order to attain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii:

1. On or about July 26, 2004, Defendants FAALOGOIFO and TUITELE transported a quantity of methamphetamine to the Hawaiian Waters Adventure Park, in Kapolei, Hawaii.

2. On or about July 26, 2004, Defendants FAALOGOIFO and TUITELE distributed a quantity of methamphetamine to other co-conspirators at the Hawaiian Waters Adventure Park in Kapolei, Hawaii.

3. On or about July 26, 2004, THOMAS possessed a quantity of methamphetamine and money in exchange for methamphetamine.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

Count 2

The Grand Jury further charges that:

On or about July 26, 2004, in the District of Hawaii, Defendants FAALOGOIFO, TUITELE and THOMAS did knowingly and intentionally, possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

DATED: August 5, 2004 at Honolulu, Hawaii.

A TRUE BILL

/S/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

UNITED STATES v. Samu Faalogoifo, et al.
Cr. No. _____
"INDICTMENT"

3