EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 16 2005

at 10 o'clock and 10 min.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 04-00291 SOM |
| Plaintiff, | SECOND SUPERSEDING INDICTMENT |
| vs. | [21 U.S.C. §§ 841(a)(1); 841(b)(1)(B), 846] |
| SAMU FAALOGOIFO, (01) TAMA JOHN TUITELE, aka "Tama John Amerika" (02) | |
| Defendants. | |

SECOND SUPERSEDING INDICTMENT

Count 1

The Grand Jury charges that:

From a time unknown up through and including on or about July 26, 2004, in the District of Hawaii, Defendants SAMU FAALOGOIFO ("FAALOGOIFO") and TAMA JOHN TUITELE, also known as "Tama John Amerika" ("TUITELE") and others known and unknown to

the Grand Jury, did knowingly and intentionally conspire to distribute and possess with intent to distribute 5 grams or more of methamphetamine, its salts, isomers and salts of its isomers, to wit, approximately 33.6 grams, a Schedule II controlled substance, in violation of Title 21, United States Code Sections 846, 841(a)(1) and 841(b)(1)(B).

### OVERT ACTS

In furtherance of this conspiracy and in order to attain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii:

1. On or about July 26, 2004, Defendants FAALOGOIFO and TUITELE transported a quantity of methamphetamine to the Hawaiian Waters Adventure Park, in Kapolei, Hawaii.

2. On or about July 26, 2004, Defendants FAALOGOIFO and TUITELE distributed a quantity of methamphetamine to other co-conspirators at the Hawaiian Waters Adventure Park in Kapolei, Hawaii.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(B).

### Count 2

The Grand Jury further charges that:

On or about July 26, 2004, in the District of Hawaii, Defendants FAALOGOIFO and TUITELE did knowingly and intentionally, possess with intent to distribute five (5) grams

or more of methamphetamine, its salts, isomers, and salts of its isomers, to wit, approximately 33.6 grams, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

    DATED: June 16, 2005, at Honolulu, Hawaii.

A TRUE BILL

/s/

---

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

*[signature]*

FLORENCE T. NAKAKUNI
Chief, Narcotics Section

*[signature]*

BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

UNITED STATES v. SAMU FAALOGOIFO, ET AL.
Cr. No. 04-00291 SOM
"SECOND SUPERSEDING INDICTMENT"